

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00022-CR, 04-22-00023-CR, AND 04-22-00024-CR

Nathanael Lee **SCHOEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A19182, A19183, A19184
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

The State's brief in these consolidated appeals was originally due June 6, 2022. We granted the State's first motion for extension of time, extending the deadline for filing the brief to July 8, 2022. On July 7, 2022, the State filed a motion requesting an additional extension of time to file the brief until July 15, 2022. After consideration, we **GRANT** the motion and **ORDER** the State to file its brief **by July 15, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court